UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L. CORRIGAN SR., <br><br> Plaintiff, <br><br> v. <br><br> MASON COUNTY et al., <br><br> Defendants. | CASE NO. 3:25-cv-05611-DGE <br><br> ORDER DENYING PLAINTIFF'S MOTION TO VACATE (DKT. NO. 11) |

    This matter comes before Court on Plaintiff's motion to vacate the Court's previous order granting Defendants' motion to dismiss. (Dkt. No. 11.) Plaintiff identifies an apparent clerical error by Defendants and requests a remedy in the form of vacating the Court's initial order granting dismissal of the case. (*Id*. at 1–2.) Plaintiff expresses concern the Court treated his initial lack of response as Defendants' arguments having merit. (*Id*.) However, the Court's dismissal of Plaintiff's complaint for a failure to state a claim is based on the Court's independent analysis of Plaintiff's complaint. (*See* Dkt. No. 8.) Plaintiff has thus far identified no specific errors with the Court's reasoning supporting dismissal of the original complaint.

ORDER DENYING PLAINTIFF'S MOTION TO VACATE (DKT. NO. 11) - 1

Accordingly, the Court finds in the interest of justice, Plaintiff's motion to vacate the Court's initial order (Dkt. No. 11) is DENIED.  Plaintiff may file either an amended complaint addressing the deficiencies identified by the Court or a motion for reconsideration identifying specific errors made by the Court in its order dismissing the original complaint.  Plaintiff must file either an amended complaint or a motion for reconsideration no later than **October 15, 2025**.

1. The Court's order granting Plaintiff until October 10, 2025 to file an amended complaint (Dkt. No. 10) is VACATED as moot.
2. Plaintiff's second motion for extension of time to respond to Defendants' motion to dismiss (Dkt. No. 12) is DENIED as moot.

The Clerk shall calendar this event.

Dated this 3rd day of October, 2025.

David G. Estudillo
United States District Judge