UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L. CORRIGAN SR.,<br><br>                  Plaintiff,<br>   v.<br><br>MASON COUNTY et al.,<br><br>                  Defendants. | CASE NO. 3:25-cv-05611-DGE<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the Court on its own review of the record. Plaintiff initially filed a complaint in state court on June 30, 2025. (Dkt. No. 1.) Plaintiff's case was removed to federal court on July 15, 2025, pursuant to 28 U.S.C. § 1331 and § 1441(a). (*Id*.) Plaintiff's case was dismissed without prejudice on August 25, 2025. (Dkt. No. 8.) On October 14, 2025, Plaintiff filed an amended complaint asserting claims under the Washington state constitution. (Dkt. No. 14.) The Court can only exercise jurisdiction over cases pursuant to 28 U.S.C. § 1331 or 28 U.S.C. § 1332. The Court may only exercise supplemental jurisdiction under 28 U.S.C. § 1367 when the federal claim has not been withdrawn by amendment. *Royal Canin U.S.A., Inc.*

ORDER TO SHOW CAUSE - 1

1  *v. Wullschleger*, 604 U.S. 22 (2025).  Because Plaintiff's amended complaint does not appear to
2  raise an issue arising under federal law nor do the requirements for diversity jurisdiction appear
3  to be met, remand appears necessary.
4        The Parties are hereby ORDERED to show cause by **October 29, 2025**, why this matter
5  should not be remanded to state court for lack of jurisdiction.
6        The Clerk of Court is directed to calendar this event.
7        Dated this 15th day of October, 2025.

David G. Estudillo
United States District Judge