UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L. CORRIGAN SR., | CASE NO. 3:25-cv-05611-DGE |
| Plaintiff, | ORDER REMANDING CASE |
| v. | |
| MASON COUNTY et al., | |
| Defendants. | |

This case comes before the Court on its own review of the record. Plaintiff initially filed a complaint in state court; the complaint was removed and dismissed. (Dkt. Nos. 1, 8.) Plaintiff then filed an amended complaint asserting claims under the Washington state constitution and state law. (Dkt. No. 14.) The Court ordered the Parties to show cause by October 29, 2025, why the case should not be remanded. (Dkt. No. 15.) Plaintiff did not respond. Defendants argue there is a futility exception to *Royal Canin, U.S.A. Inc. v. Wullschleger*, 604 U.S. 22 (2025). (Dkt. No. 16.)

1  Because all federal claims have been dismissed and the amended complaint asserts only
2  state law claims, the Court finds and ORDERS remand is required.  *See Walker v. State*, No. 24-
3  1806, 2025 WL 2970598, at *7 (9th Cir. Oct. 22, 2025) (finding remand is required if an
4  amended complaint lacks any allegation giving the federal courts jurisdiction).  The case is
5  hereby REMANDED to Mason County Superior Court.  The Clerk of the Court is directed to
6  close this file upon confirmation remand has been effectuated.
7  Dated this 31st day of October, 2025.

David G. Estudillo
United States District Judge

ORDER REMANDING CASE - 2